UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKARD ANDERSON, | No. C 11-2845 SI (pr) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| CRESTWOOD MANOR; et al., | |
| _____ / | |

    Plaintiff filed this pro se civil rights action under 42 U.S.C. § 1983. The court found the complaint to be incomprehensible and therefore frivolous. The court dismissed the complaint with leave to amend by September 30, 2011, and warned that "[f]ailure to timely file the amended complaint will result in the dismissal of the action." September 1, 2011 Order Of Dismissal With Leave To Amend, p. 2. Plaintiff failed to file an amended complaint and the deadline by which to do so has long passed. Accordingly, this action is dismissed as frivolous. The *in forma pauperis* application is DENIED. (Docket # 7.)

    The clerk shall close the file.

    IT IS SO ORDERED.

Dated: March 8, 2012

                                                    SUSAN ILLSTON
                                             United States District Judge