**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKARD ANDERSON, | No. C 11-2845 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CRESTWOOD MANOR; et al., | |
| _____/ | |

This action is dismissed as frivolous.

IT IS SO ORDERED AND ADJUDGED.

Dated: March 8, 2012

_____
SUSAN ILLSTON
United States District Judge